1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  phylg@potterhandy.com
   Attorneys for Plaintiff
6
7  Kathy A. Hunt (State Bar No. 146454)
   kak@manningllp.com
   MANNING & KASS
8  ELLROD, RAMIREZ, TRESTER LLP
   801 S. Figueroa St, 15th Floor
9  Los Angeles, California 90017-3012
   Telephone: (213) 624-6900
10
   Attorneys for Defendant
11 J. C. Penney Corporation, Inc.

12

13              UNITED STATES DISTRICT COURT
14             CENTRAL DISTRICT OF CALIFORNIA

15 DENISE KISH,                    ) Case No.: 5:19-CV-02394-PA-SHK
                                   )
16        Plaintiff,               ) **JOINT STIPULATION FOR**
                                   ) **DISMISSAL PURSUANT TO**
17     v.                          ) **F.R.C.P. 41 (a)(1)(A)(ii)**
                                   )
18 J. C. PENNEY CORPORATION, INC., a )
   Delaware Corporation; and Does 1-10, )
19                                 )
          Defendants.              )
20                                 )
                                   )
21

22

23

24

25

26

27

28

Joint Stipulation              -1-           5:19-CV-02394-PA-SHK

1         Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

2 parties hereto that this action may be dismissed without prejudice as to all parties; each

3 party to bear his/her/its own attorneys' fees and costs.

4

5 Dated: April 22, 2020         CENTER FOR DISABILITY ACCESS

6

7                         By: /s/ Phyl Grace

8                             Phyl Grace
                            Attorneys for Plaintiff

9

10 Dated: April 22, 2020         MANNING & KASS
                        ELLROD, RAMIREZ, TRESTER LLP

11

12                       By:  /s/ Kathy A. Hunt

13                             Kathy A. Hunt

14                             Attorney for Defendant
                            J. C. Penney Corporation, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

### SIGNATURE CERTIFICATION

3   I hereby certify that the content of this document is acceptable to Kathy A. Hunt,
4   counsel for J. C. Penney Corporation, Inc., and that I have obtained authorization to
5   affix her electronic signature to this document.

6

7   Dated: April 22, 2020          CENTER FOR DISABILITY ACCESS

8                                  By: /s/ Phyl Grace
9                                      Phyl Grace
                                       Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28